**STATE of Missouri, Respondent,**

v.

**Richard D. JASPER, Appellant.**

**Nos. WD 48608, WD 50152.**

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction of one count of first degree burglary, § 569.160, RSMo 1994, one count of first degree trespass, § 569.140, RSMo 1994, and from the denial of his Rule 29.15 motion for post-conviction relief. Affirmed. Rules 30.25(b) and 84.16(b).